USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARENCE DeLANEY, JR.,

            Plaintiff,

-against-

ADA PEREZ, *et al.*,

            Defendants.

19-CV-6084 (NSR)

SUPPLEMENTAL ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

On June 28, 2019, Plaintiff initiated this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendants (1) wrongfully confined him at Downstate Correctional Facility ("Downstate"), (2) failed to provide him with medical attention at Downstate, (3) failed to provide him with medical attention at Willard Drug Treatment Center ("Willard"); and (4) failed to reasonably accommodate his disability at Willard. (ECF No. 1.) On August 30, 2019, this Court directed the Clerk of the Court to issue a summons and to deliver to the U.S. Marshals Service all the paperwork for the Marshals Service to effect service upon Defendants Superintendent Ada Perez, Melissa M. Pickett, Shanikqua Harrison, Dr. W. Stolfi, and Dr. Quinones. (ECF No. 11.) On December 5, 2019, Defendants' counsel, the New York State Attorney General ("Attorney General"), notified the Court that Defendant Harrison remained unserved and unrepresented because she no longer works at Downstate, the facility whose service address the Court had previously been identified for her. (ECF No. 20.) The Attorney General further explained that, upon information and belief, the proper place of service for Defendant Harrison is in fact Green Haven Correctional Facility. (*Id.*)

To allow Plaintiff to effect service on Defendant Harrison, through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and

Return form ("USM-285 form") for her. The service address for Defendant Harrison is Green Haven Correctional Facility, 594 Rt. 216, Stormville, New York, 12582. The Clerk of the Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant Harrison.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

The Clerk of the Court is directed to mail a copy of this Order to Plaintiff and show proof of service on the docket.

Dated: December 9, 2019
       White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge

## DEFENDANT AND SERVICE ADDRESS

Shanikqua Harrison
Green Haven Correctional Facility
594 Rt. 216
Stormville, New York 12582