UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/27/2021_
```

CLARENCE DELANEY, JR.,

                Plaintiff,

-against-

ADA PEREZ, et al.,

                Defendants.

19 CV 6084 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

On July 16, 2021, the Court issued an opinion and order granting Defendants' motion to dismiss and granting Plaintiff leave to file an amended complaint on or before August 31, 2021, noting that "[i]f an amended pleading is not filed by August 31, 2021, or Plaintiff fails to move for an extension to that deadline, the remaining claims in the Complaint may be dismissed with prejudice and the action terminated without further notice." (ECF No. 40). Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

Therefore, the claims previously dismissed without prejudice are dismissed with prejudice. The Clerk of Court is directed to mail a copy of this order to *pro se* Plaintiff at the address on ECF, show service on the docket, and terminate this case.

Dated: September 27, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge